1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BERMUDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00105 JW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| JOSEPH BERMUDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the status hearing in the above-captioned matter may be continued from Monday, March 19, 2007 to Monday, March 26, 2007 at 1:30 p.m. The reason for the requested continuance is to permit the parties to finalize the terms of a written plea agreement, following transfer of the proceedings from the Central District of California pursuant to Rule 20 of the Federal Rules of Criminal Procedure. In view of the anticipated disposition, no exclusion of time is necessary under the Speedy Trial Act.

Dated: March 15, 2007

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Stipulation and [Proposed] Order Continuing
Hearing                                              1

1  Dated: March 15, 2007

2                                      s/_____
                                       BENJAMIN T. KENNEDY
3                                      Assistant United States Attorney

4

5                              [PROPOSED] ORDER

6      Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

7  hearing in the above-captioned matter shall be continued for one week from Monday, March 19,

8  2007 to Monday, March 26, 2007 at 1:30 p.m.

9  Dated: March 15, 2007

10                                     _____
11                                     JAMES WARE
                                       United States District Judge
12

Stipulation and [Proposed] Order Continuing
Hearing                                   2