1 | BARRY J. PORTMAN
Federal Public Defender
2 | CYNTHIA C. LIE
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

5 | Counsel for Defendant BERMUDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-00105 JW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| vs. | ) | ORDER CONTINUING SENTENCING HEARING |
| JOSEPH BERMUDEZ | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the sentencing hearing in the above-captioned matter, currently set for Monday, August 13, 2007, may be continued to Monday, September 10, 2007 at 1:30 p.m. The reason for the requested continuance is to give the parties an opportunity to respond to the draft presentence report.

Dated: July 27, 2007

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: July 30, 2007

s/_____
BENJAMIN KENNEDY
Assistant United States Attorney

**[PROPOSED] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from Monday, August 13, 2007 to Monday, September 17 2007 at 1:30 PM. This is the parties' final request for continaunce.

Dated: Aug. 1, 2007

_____
JAMES WARE
United States District Judge